FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 02 2025

MITCHELL R. ELFERS
CLERK

Clear Form

Name: Paul James Mora

Address: 300 Canal Blvd SW B14 Los Lunas NM 87031

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Paul James Mora, Plaintiff
(Full Name)

v.

Legends Hospitality LLC,
5601 University BLVD SE
Albuquerque NM 87106
, Defendant(s)

CASE NO. 25-326 LF
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Paul James Mora, is a citizen of New Mexico (State)
   (Plaintiff)
   who presently resides at 300 Canal Blvd SW Apt B14 Los Lunas NM 87031
   (Mailing address or place of confinement)

2) Defendant Marcos Velasquez is a citizen of
   (Name of first defendant)
   Albuquerque NM, and is employed as
   (City, State)
   General Manager (GM). At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☐   No ☑   If your answer is "Yes", briefly explain:
   N/A

3) Defendant __Barbara Garcia_____ is a citizen of
   (Name of second defendant)

   __Albuquerque NM_____, and is employed as
   (City, State)

   __HR_____ . At the time the claim(s)
   ( Position and title, if any)

   alleged in this complaint arose, was this defendant acting under color of state.

   Yes ☐   No ☑   If your answer is "Yes", briefly explain:

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

   42U.S.C. §2000e Title VII of the Civil Rights Act of 1964 and 15U.S.C §7a-3 Anti-retailiation Protection for Whistleblowers

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

   I was employed at Legends Hospitality hired as VIP Cook in April 2023. At the time of my application process, I stated the terms of my employment prior to accepting the job offer, in order to protect both myself and Legends from any possible future issues with my health status and care. I informed the GM, Marcos; the HR Manager, Patricia Crites; and another HR employee, Barbara Garcia; of my condition of being disabled, to the extent that I could only work if they accepted my "ticket to work" program through SSDI and accept a letter of accommodations upon completion of the necessary procedures and paperwork. I was employed under these assumptions that same day, pending my background check. I add that at the time of application, literally at the time that I was filling out my application on their tablet, the HR employee assisting me heard that I needed to be medicated using medical cannabis, in order to combat my TBI, my C1 malformation and seizures, on top of PTSD and other associated conditions in my disability, she then put a cannabis vape pen into my mouth, pushed the button, and said "try this." Fast forwarding to the facts that led to my firing, months later I had to have a medical procedure done and missed 2 concerts. Upon my return, I found our cooler and freezer in total disarray, to include bloody meat dripping over perishables below. I reported this to the GM who told me to "stay in my lane" and that "we don't have time to order new food to replace it." I then became a whistleblower and reported this to the Albuquerque Food Inspectors. After doing this, I was retaliated against for having said something and this was done by HR pulling me into the office to resubmit my accommodations request, because it needed to state something about me needing to medicate as needed, and so I did. I returned for a few concerts only to have been told to resubmit the request a total of 3 more time before being terminated on the last attempt for "use of illegal drugs/alcohol while on the premises." In truth, I have seen them "growing" cannabis in HR and half poured shots of alcohol by the time clock. I have proof.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

   A)(1) Count I:

   The employer unlawfully terminated me based on my disability.

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

   I supplied all requested documents and proof for my accommodations request and was granted accommodations accordingly by the GM Marcos and the Regional HR Ryan Cabrestante each time requested, in a timely manner. At my hiring in 2023, the cook that was my referral for the job, Estevan Gonzales, was also present to include the other VIP Cook that was hired that day, Regina Corbiere, both witnessed Barbara feeding me the vape pen of cannabis during my interview with the GM, who was standing in the room when this happened. I assumed that I was allowed my accommodations if and when needed and everything was business as usual until I made the whistleblower complaint. The GM at the time was Marcos and I never asked for his last name but I have recordings, video/audio, of him knowing the entirety of these allegations. I also have photos of shot glasses and physical evidence of the cannabis butter they made and jarred there by made by Barbara Garcia. All parties above to include the HR Manager Patricia Crites and Regional HR Ryan Cabrestante were all aware of my disability/seizures, accommodations letter, and whistleblower status and all parties in management retaliated against me in my termination. I did my job exceptionally and never gave a reason to be fired, ie. tardiness or misconduct, and the harassment of having to redo my accommodations letter five time only to be terminated in the end for things that are still happening illegally there to this day.

   B)(1) Count II:

   The employer unlawfully terminated me by retaliation for being a whistleblower.

   (2) Supporting Facts:

   In August of 2023, I contacted Albuquerque Food Inspectors in regard to the way I found our coolers, freezer, and kitchen to include blood dripping over other perishables (I have photos/proof). I gave the GM an opportunity to correct this before contacting the Inspectors Office but was retaliated against for having questioned the other VIP Cook responsible for the health hazard, Montana. She also planned to use and did use meat that had been frozen and thawed out 7 times and used it at the next concert in which I was told to sit this one out and that HR would be contacting me to discuss the matter further. That is when I whistleblew.

C)(1) Count III:

Employer engaged in illegal drug and alcohol activities on business premises during business hours.

(2) Supporting Facts:

I have witnessed the use of illegal drugs and the use of alcohol during peak hours of operation by both other employees and management. I observed marijuana plants being grown openly outside and inside of the main administrative building of Legends, where the GM's, HR, and HR Manager's offices are also located. I specifically recall making the comment of "is this my shot" upon clocking out at the time clock being that there was always half-poured shot glasses within arms reach of the time clock and company's upper management/ staff. I also witnessed the making of marijuana blunts by the entire kitchens (plural) staff and cousin of the GM, Eddie. I was given a jar of cannabis butter made in house by Barbara and found her and Montana drunk twice.

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☑   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.
        Plaintiffs: N/A
        Defendants: N/A

    b) Name of court and docket number:
        N/A

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
        N/A

    d) Issues raised: N/A

e) Approximate date of filing lawsuit: N/A _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes [✔]   No [ ]   If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

> I filed discrimination charges with the EEOC and was given a "Right to Sue" letter. Through the process, the EEOC Investigator, Jose Horta, made an attempt to settle as per my request with the defendant with no success. In fact, the defendant not only rejected my offer but filed response to the EEOC and the NM Human Rights Bureau investigating the matter, claiming that I had no grounds to sue. The EEOC in turn gave me the RTS letter and closed the investigation on their end.

## E.   REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

> I have been denied gainful employment as a cook and I love feeding people. So I feel as if I am being punished for something I can't understand. This termination has made a huge negative impact on my life, physically, mentally, and emotionally. I cry often from this and wake up crying almost every night still. I have a poor appetite and my depression is through the roof. I have even contemplated suicide once before, shortly after being terminated but have since moved on from that thought or feeling. I know that won't solve anything. Instead I push forward seeking Justice and Mercy. I know that God sees all and that in the end, I'll be avenged but that doesn't help my life now. I made it a point to be excellent at my job as VIP Cook and I have proof. The only thing I did wrong was raise my concern for bad food practices and only wanted the GM to make the necessary corrections to make it right but instead I was a lamb to the slaughter. I made really good money as a VIP Cook and look for restitution for money lost I would've made +P&S. Total $1 million in relief.

_____        _____/s/_____
Signature of Attorney (if any)                      Signature of Petitioner

Attorney's full address and telephone number.

XE-2   2/78                                       - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at   US Court Clerks Office   on   4-2   2025
                    (Location)                         (Date)

_____
(Signature)

XE-2  2/78

- 6 -