IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL JAMES MORA,

    Plaintiff,

v.                                                        No. 1:25-cv-00326-KG-LF

LEGENDS HOSPITALITY LLC, et al.,

    Defendants.

## ORDER

This matter is before the Court on Defendants' motion for an extension of time to file their reply supporting their motion to dismiss, filed July 3, 2025.[1] *See* (Doc. 15). Because Plaintiff did not respond, the Court treats the motion as unopposed under D.N.M.LR-Civ. 7.1(b).

Defendants showed good cause for the requested extension by asserting that they needed additional time because of technological filing issues and the July 4th holiday. *See* (Doc. No. 15) at 1; (Doc. No. 16) at 1. There is no evidence that Defendants acted in bad faith in requesting the extension. Defendants ultimately filed their reply on July 7, 2025, (Doc. 17), and the delay caused no discernible prejudice to Plaintiff.

IT IS THEREFORE ORDERED that Defendants' unopposed motion is GRANTED nunc pro tunc, and Defendants' reply is accepted as timely filed.

IT IS SO ORDERED.

                                                    /s/_____
                                                    KENNETH J. GONZALES[2]
                                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Defendants' extension motion was filed one day late. *See* D.N.M.LR-Civ. 7.4(a). While the Court excuses the late filing on this occasion, the Court reminds Defendants of their obligation to understand and comply with the Local Rules.

[2] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.