IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL JAMES MORA,

     Plaintiff,

v.                                                                          Case No. 1:25-cv-00326-KG-LF

LEGENDS HOSPITALITY LLC,
MARCOS VELASQUEZ, and
BARBARA GARCIA,

     Defendants.

## **ORDER GRANTING MOTION TO FILE ELECTRONICALLY**

THIS MATTER comes before the Court on Plaintiff's Motion to Proceed Electronically, filed on March 2, 2026.  Doc. 40.  Plaintiff requests permission to participate in electronic filing in this case.  *Id.*  The Court finds the motion well-taken and will GRANT it.

The Court grants Plaintiff permission to file electronically *in this case only*.  *See* Guide for Pro Se Litigants at 13, District of New Mexico (October 2022) (available at https://www.nmd.uscourts.gov/representing-yourself-pro-se) (separate approval required in each case).  The Court will revoke permission to file electronically if Plaintiff abuses his electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual.

Account registration forms, procedure manuals, and other information can be obtained at the Court's website at https://www.nmd.uscourts.gov/filing-information.  This Order only grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a

participant. See CM/ECF Administrative Procedures Manual, District of New Mexico (Revised June 2024).

It is so ordered.

_____
LAURA FASHING
UNITED STATES MAGISTRATE JUDGE