IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL JAMES MORA,

Plaintiff,

v. Case No. 1:25-cv-00326-KG-LF

LEGENDS HOSPITALITY LLC,
MARCOS VELASQUEZ, and
BARBARA GARCIA,

Defendants.

**ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT**

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than **Monday, October 05, 2026**, absent a written motion showing good cause for an extension. All pending motions and deadlines are stayed pending the filing of closing documents.

Laura Fashing
United States Magistrate Judge